UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MICHL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>CINDY BLACK,<br><br>　　　　　Respondent. | No. 2:22-cv-00688-TLN-DB<br><br>**ORDER** |

Petitioner, proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 16, 2022, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 6.)  After Petitioner's address was updated, on May 31, 2022, the court re-served the May 16 findings and recommendations to Petitioner's new address.  Petitioner has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 16, 2022 (ECF No. 6) are ADOPTED in full;

2. The Petition is DISMISSED without prejudice for Petitioner's failure to exhaust his state remedies; and

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATED:  September 14, 2022**

Troy L. Nunley
United States District Judge